**Tabetha A. Martinez, Esq.**
**Nevada Bar # 14237**
**Ashlie L. Surur, Esq.**
**Nevada Bar # 11290**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, Nevada 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone:  (949) 427-1888
Facsimile:   (949) 427-1889
Email: tmartinez@burgermeyer.com
      asurur@burgermeyer.com

Attorneys for Defendant
WALMART, INC. and Wal-Mart Stores, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLE VALENCIANA, individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a foreign corporation dba W ALMART NEIGHBORHOOD MARKET #4339; WAL-MART STORES INC, a foreign corporation; DOES 1-5, and ROE CORPORATIONS 6-10, inclusive,<br><br>Defendants. | Case No.:    2:26-cv-00054<br>Dept.:<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS WALMART, INC. AND WAL-MART STORES, INC. TO ANSWER THE COMPLAINT** |

Defendants Walmart, Inc.  and Wal-Mart Stores, Inc. ("Defendants") by and through counsel of record, and Plaintiff Nicole Valenciana ("Plaintiffs"), have agreed and stipulated to the following:

1.      On November 11, 2025, Plaintiffs filed a Complaint in Eighth Judicial District Court in Case No. A-25-933412-C.

2.      Defendants were served on December 12, 2025, making their answer due on or before January 2, 2026.

3.      Before the January 2, 2026 deadline, the parties agreed to extend the time for Defendant to file their answer to February 6, 2026.

-1-
**DEFENDANT WALMART, INC.**

4. Good cause exists to extend Defendants' time to answer. Defendants are corporate entities that require internal investigation and coordination with multiple decision-makers. Service and the initial response period occurred during December holiday season, when key personnel were unavailable due to reduced staffing and pre-scheduled holidays.

5. The stipulated extension is reasonable, sought in good faith, and will not prejudice any party. No discovery or trial deadlines are impacted,

6. After the parties agreed to this extension of time, on January 11, 2026, this case was removed.

7. Under Fed. R. Civ. P. 81(c), Defendants' answer is due on or before January 20, 2026.

8. The one-day delay in filing this stipulation was the result of excusable neglect. The parties had already reached agreement on the extension well before the deadline triggered by removal, and the agreement remained in effect at all relevant times. The delay was brief, inadvertent, and not the result of bad faith or strategic delay. No party was prejudiced, no substantive rights were affected, and the Court's schedule remains unchanged. Under these circumstances, the minimal delay constitutes excusable neglect and warrants an order based on the parties existing stipulation to extend.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-2-
**DEFENDANT WALMART, INC.**

9. Therefore, the Parties stipulate that Defendants shall have until February 6, 2026 to file and serve their answer.

DATED: February 5, 2026                          DATED: February 5, 2026

BURGER, MEYER & D'ANGELO, LLP          OHLSON CORNE LLP

 /s/ Ashlie L. Surur_____                           /s/ Jasmin N. Stewart
Tabetha A. Martinez, Esq.                          Justin A. Corne, Esq.
Nevada Bar No. 14237                              Nevada Bar No. 14504
Ashlie L. Surur, Esq.                              Jasmin N. Stewart, Esq.
Nevada Bar No. 11290                              Nevada Bar No. 16008
725 S. 8th Street, Suite 200                        10100 W. Charleston Blvd., Suite 110
Las Vegas, Nevada 89101                           Las Vegas, Nevada 89135
MAILING ADDRESS:                               *Attorneys for Plaintiff*
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED

DATED: February 6, 2026 _____

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

-3-
**DEFENDANT WALMART, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February 2026, I personally served a true and correct copy of the foregoing **STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS WALMART, INC. AND WAL-MART STORES, INC. TO RESPOND TO PLAINTIFFS COMPLAINT** by the following means:

_X_ CM/ECF

___ U.S. Mail

_X__ Electronic Mail

___ Hand-Delivery

___ Delivery Service (e.g., FedEx, UPS)

___ Other means

to the following individuals:
BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
OHLSON CORNE LLP
10100 W. Charleston Blvd., Suite 110
Las Vegas, Nevada 89135
(702) 982-0055 Phone
(702) 982-0150 Fax
EFILE@INJURED. VEGAS
Attorneys for Plaintiff

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: _____
Riana Garcia

-4-
**DEFENDANT WALMART, INC.**